NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CHRISTOPHER I. HALLIDAY,**

2011-1039
(Serial No. 09/922,487)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

CHRISTOPHER I. HALLIDAY, Morgan Lewis and Bockius, of Philadelphia, Pennsylvania, argued for appellant.

RAYMOND T. CHEN, Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were BENJAMIN D. M. WOOD and SCOTT C. WEIDENFELLER, Associate Solicitors.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 7, 2011 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |